# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN FOSMO,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF ELKO, *et al.*,<br><br>        Defendants. | 3:14-cv-00468-MMD-VPC<br><br>**MINUTES OF THE COURT**<br><br><br>June 24, 2015 |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is defendant David Goff's motion for *in forma pauperis* status (#20). The motion is **DENIED**. IFP status exists to excuse the plaintiff—i.e., Ryan Fosmo—from paying the filing fee and also to permit service by the United States Marshals Service. IFP status is of no use to a defendant because defendants are not ordinarily responsible for paying the filing fee or service-related costs. Accordingly, Goff need not be concerned with IFP status, and the court assures him that his indigence will not prevent him from defending this case as a *pro se* party.

   **IT IS SO ORDERED.**

                                                                            LANCE S. WILSON, CLERK

                                                                            By:         /s/         
                                                                                    Deputy Clerk